**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC MINIMED, INC., MINIMED DISTRIBUTION CORP., MEDTRONIC, INC., and MEDTRONIC USA, INC., and JOHN DOE DEFENDANTS 1-5<br><br>Defendants. | CASE NO. 2:18-CV-02118-SGC<br><br><br>**MEDTRONIC MINIMED, INC., MINIMED DISTRIBUTION CORP., MEDTRONIC, INC., AND MEDTRONIC USA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Medtronic MiniMed, Inc., MiniMed Distribution Corp., Medtronic, Inc., and Medtronic USA, Inc. hereby make the following corporate disclosure statement:

1. Medtronic MiniMed, Inc. – No publicly traded entity is a shareholder; Medtronic plc, a publicly traded entity, is the ultimate parent company.

2. MiniMed Distribution Corp. – No publicly traded entity is a shareholder; Medtronic plc, a publicly traded entity, is the ultimate parent company.

3. Medtronic, Inc. – No publicly traded entity is a shareholder; Medtronic plc, a publicly traded entity, is the ultimate parent company.

4. Medtronic USA, Inc. – No publicly traded entity is a shareholder; Medtronic plc, a publicly traded entity, is the ultimate parent company.

Dated:  March 1, 2019				Respectfully submitted,

By: /s/ Lee M. Hollis
Attorney for Medtronic Minimed, Inc., Minimed Distribution Corp., Medtronic, Inc., and Medtronic USA, Inc.

Lee M. Hollis
*lhollis@lightfootlaw.com*
James W. Gibson
*jgibson@lightfootlaw.com*
Zachary P. Martin
*zmartin@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

**and**

Steven L. Schleicher (#0260587)
Nicole E. Narotzky (#0329885)
Stephanie M. Laws (#0396174)
(*pro hac vice* applications forthcoming)
**MASLON LLP**
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Facsimile:  (612) 642-8373
Email:   steve.schleicher@maslon.com
            nicole.narotzky@maslon.com
            stephanie.laws@maslon.com

**ATTORNEYS FOR DEFENDANTS MEDTRONIC MINIMED, INC., MINIMED DISTRIBUTION CORP., MEDTRONIC, INC., AND MEDTRONIC USA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by the Court's ECF system, upon the following counsel of record:

>Ralph D. Gaines, III
>GAINES GAULT HENDRIX P.C.
>3500 Blue Lake Drive, Suite 425
>Birmingham, Alabama 35243
>
>Jason L. Nabors
>NABORS LAW FIRM
>P.O. Box 1334
>Kosciusko, Mississippi 39090
>Ridgeland, MS 39158
>
>
>ATTORNEYS FOR THE PLAINTIFF

on this 1st day of March, 2019.

                                                  /s/ Lee M. Hollis